**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SANDRA KANE KARWEL,

      Plaintiff,

v.                                                                                    Case No. 6:15-cv-597-Orl-37KRS

CITY OF PALM BAY; JOSEPH POTEAT; SHERRY POTEAT; BOB WILLIAMS; LEE FELDMAN; SUSAN HANN; ANDREW LANNON; WILLIAM CAPOTE; PALM BAY POLICE DEPARTMENT; DOUGLAS MULDOON; NEIL VALENTI; YVONNE MARTINEZ; RICKY WORONKA; CHRISTOPHER RICHARDS; STEVE SHYTLE; SHANE M. CARROLL; MICHAEL BANDISH; CAROL VAZQUEZ; ROBERT VICKERS; ROBERT RAMA; STEVE HILL; SEAN MERTENS; EDWIN LUTZ; TROY RAMIREZ; MARK FOSKEY; HEDI HUNTER; PALM BAY CODE ENFORCEMENT; ANGELICA MARTINEZ; JOHN DEVIVO; VAL CARTER; PALM BAY UTILITIES DEPARTMENT; SUZANNE SHERMAN; RE SUPPORT SERVICES; TRASSA GEACH; BREVARD TAX COLLECTOR; LISA CULLEN; BREVARD PROPERTY APPRAISER; DANA BLICKLEY; BREVARD CLERK OF COURT; SCOTT ELLIS; STATE ATTORNEY OF BREVARD COUNTY; PHIL ARCHER; TYLER CHASEZ; MELISSA PEAT; MICHAEL J. CANNON; WILL SCHEINER; JULIA A. LYNCH; SEAN M. SENRA; JASON A. HICKS; PAUL WIGHT; PALM BAY HOSPITAL INC.; DAVID MATHIAS; SPACE COAST CREDIT UNION; DOUGLAS R. SAMUELS; BANK OF AMERICA, GENERAL COUNSEL; PSYCHOLOGICAL ASSOCIATES OF MELBOURNE; WENDE J. ANDERSON; ELISABETH BEASLEY; ADVANCED TOWING; LAW OFFICE OF FRESE, HANSEN, ANDERSON, ANDERSON, HEUSTON AND WHITEHEAD; GREG HANSEN; GARY FRESE; WESH 2, GENERAL COUNSEL; WFTV 9, GENERAL COUNSEL; NEW 13, GENERAL COUNSEL; FLORIDA TODAY NEWSPAPER, GENERAL COUNSEL; BESS, BLOUGOURAS, JONES, AND FREYBERG, P.A.; CAROL BESS; ROSE MARIE JUDISINGH; JANE DOE; JOHN DOE; and CINDY,

      Defendants.
_____

**ORDER**

Today, the Court is called upon to evaluate the legal sufficiency of the Plaintiff's pro se Complaint (Doc. 1) in the context of a "Reply to Report and Recommendation" (Doc. 8), which the Court construes as a Rule 72(a) objection to Magistrate Judge Spaulding's Report and Recommendation ("R&R") that the pleading be stricken (Doc. 5).

Unfortunately for Plaintiff, typing her objections in all caps or in bold font (*see* Doc. 8) does little to address the pleading deficiencies so glaringly apparent in her Complaint (*see* Doc. 1). Shouting does not alter the legal landscape. At bottom, rather than reviewing the R&R's cited legal authorities and accepting its well-intentioned explanation of her pleading's inadequacies, or rather than providing any legal authority in opposition to the R&R, Plaintiff simply expresses her contrary view. (*See* Doc. 8.)

Plaintiff's Complaint is deficient for the reasons addressed in the R&R. (*See* Doc. 5.) Accordingly, it is **HEREBY ORDERED AND ADJUDGED**:

1. Magistrate Judge Spaulding's Report and Recommendation (Doc. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED WITHOUT PREJUDICE**.

3. The Clerk is **DIRECTED** to **STRIKE** Plaintiff's Complaint (Doc. 1) from the docket.

4. On or before Friday, May 22, 2015, Plaintiff may file: (1) an amended complaint that resolves the deficiencies addressed in the R&R; and (2) an amended application to proceed without prepayment of costs or fees. Failure to timely file either of those documents may result in dismissal of

this action without further notice. The Court encourages Plaintiff to visit the Middle District of Florida's website for helpful advice on proceeding without a lawyer,[1] bearing in mind that pro se litigants remain "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure." *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 6, 2015.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Pro Se Party

---

[1] The Court's online pro se portal is available at: https://www.flmd.uscourts.gov/pro_se/default.htm