**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SANDRA KANE KARWEL,

      Plaintiff,

v.                                                                                                  Case No. 6:15-cv-597-Orl-37KRS

CITY OF PALM BAY; JOSEPH POTEAT; SHERRY POTEAT; BOB WILLIAMS; LEE FELDMAN; SUSAN HANN; ANDREW LANNON; WILLIAM CAPOTE; PALM BAY POLICE DEPARTMENT; DOUGLAS MULDOON; NEIL VALENTI; YVONNE MARTINEZ; RICKY WORONKA; CHRISTOPHER RICHARDS; STEVE SHYTLE; SHANE M. CARROLL; MICHAEL BANDISH; CAROL VAZQUEZ; ROBERT VICKERS; ROBERT RAMA; STEVE HILL; SEAN MERTENS; EDWIN LUTZ; TROY RAMIREZ; MARK FOSKEY; HEDI HUNTER; PALM BAY CODE ENFORCEMENT; ANGELICA MARTINEZ; JOHN DEVIVO; VAL CARTER; PALM BAY UTILITIES DEPARTMENT; SUZANNE SHERMAN; RE SUPPORT SERVICES; TRASSA GEACH; BREVARD TAX COLLECTOR; LISA CULLEN; BREVARD PROPERTY APPRAISER; DANA BLICKLEY; BREVARD CLERK OF COURT; SCOTT ELLIS; STATE ATTORNEY OF BREVARD COUNTY; PHIL ARCHER; TYLER CHASEZ; MELISSA PEAT; MICHAEL J. CANNON; WILL SCHEINER; JULIA A. LYNCH; SEAN M. SENRA; JASON A. HICKS; PAUL WIGHT; PALM BAY HOSPITAL INC.; DAVID MATHIAS; SPACE COAST CREDIT UNION; DOUGLAS R. SAMUELS; BANK OF AMERICA, GENERAL COUNSEL; PSYCHOLOGICAL ASSOCIATES OF MELBOURNE; WENDE J. ANDERSON; ELISABETH BEASLEY; ADVANCED TOWING; LAW OFFICE OF FRESE, HANSEN, ANDERSON, ANDERSON, HEUSTON AND WHITEHEAD; GREG HANSEN; GARY FRESE; WESH 2, GENERAL COUNSEL; WFTV 9, GENERAL COUNSEL; NEW 13, GENERAL COUNSEL; FLORIDA TODAY NEWSPAPER, GENERAL COUNSEL; BESS, BLOUGOURAS, JONES, AND FREYBERG, P.A.; CAROL BESS; ROSE MARIE JUDISINGH; JANE DOE; JOHN DOE; and CINDY,

      Defendants.
_____

Case 6:15-cv-00597-RBD-KRS   Document 16   Filed 05/29/15   Page 2 of 3 PageID 139

## ORDER

This cause is before the Court on pro se Plaintiff Sandra Kane Karwel's "emergency"[1] motion to stay state-court eviction proceedings, specifically case number 05-2013-CA-029797 in the Eighteenth Judicial Circuit, in and for Brevard County, Florida. (*See* Doc. 14, p. 2.)

In violation of Local Rule 3.01(a), Plaintiff fails to provide "a memorandum of legal authority in support" of the requested stay. (*See id.*) Moreover, Plaintiff's motion does not contain enough factual information for the Court to determine whether her request implicates the *Rooker-Feldman* doctrine, which bars federal district courts from reviewing "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced." *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005). For those reasons, the Court finds that Plaintiff's motion is due to be denied.

Accordingly, it is **HEREBY ORDERED AND ADJUDGED** that Plaintiff's motion (Doc. 14) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 29, 2015.



ROY B. DALTON JR.
United States District Judge

---

[1] This is the second time that Plaintiff has labeled a motion as an "emergency" without specifically articulating why the motion requires expedited relief. (*See* Docs. 12, 14.) The Court reminds Plaintiff that the "unwarranted designation of a motion as an emergency motion may result in the imposition of sanctions." Local Rule 3.01(e).

Copies:

Counsel of Record

Pro Se Party